**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

TERRY JENKINS,

    Plaintiff,

v.   CASE NO. 1:11cv23-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 8, 2012.  (Doc. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The final decision of the Commissioner of Social Security, denying Plaintiff's applications for a period of disability and disability insurance benefits and supplemental income benefits, is AFFIRMED.

    **DONE and ORDERED** this 9th day of March, 2012.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS
                        CHIEF UNITED STATES DISTRICT JUDGE**